UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

2014 MAY -7 PM 4:04

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14CR 046 |
| Plaintiff, | JUDGE BLACK |
| v. | |
| JAMES JAMISON, <br> a/k/a "James Anthony Jamison," <br> a/k/a "James A Jamison," <br> a/k/a "Jermaine Jamison," | **UNITED STATES' MOTION TO SEAL INDICTMENT** |
| Defendant. | |

The United States Attorney respectfully requests that the Indictment and Arrest Warrant be filed and kept sealed until defendant is in custody.

MEMORANDUM

Rule 6(e)(4), Federal Rules of Criminal Procedure, authorizes the federal Magistrate Judge to whom an Indictment is returned to direct that the Indictment be kept secret until the defendant is in custody. Therefore, the United States Attorney requests that the Clerk be ordered to seal the Indictment and not disclose its return except as necessary for the issuance and execution of the arrest warrant.

As grounds for this instant motion, the United States Attorney respectfully states that the premature disclosure of the Indictment and Arrest Warrant above would endanger the swift and safe apprehension of the individual to be arrested in this matter.

In addition, the premature disclosure of this Indictment may jeopardize the investigation of ongoing related criminal activity.

2

Wherefore, the United States respectfully moves the Court to seal the Indictment, Arrest Warrant, and this Motion and Order until further order of the Court.

> Respectfully submitted,
>
> CARTER M. STEWART
> United States Attorney
>
> *s/Jessica W. Knight*
> JESSICA W. KNIGHT (0086615)
> Assistant United States Attorney
> 221 East Fourth Street
> Suite 400
> Cincinnati, Ohio 45202
> (513)684-3711
> Fax: (513)684-6972
> Jessica.Knight@usdoj.gov

2